# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID MUNGAI NJENGA,<br><br>        Plaintiff,<br><br>        v.<br><br>WARDEN WIGGINS, *et al.*,<br><br>        Defendants. | CASE NO. C09-5108 RJB/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff is currently detained at the Northwest Detention Center. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation. .

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 14th day of April, 2009.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER - 1