UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID M. NJENGA,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN WIGGINS, OFFICER CINDY OGDEN, and OFFICER JOSE MONIVAIS VAIL,<br><br>        Defendants. | Case No. C09-5108RBL<br><br>ORDER GRANTING MOTION TO CONSOLIDATE |

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4. The matter is before the court on Plaintiff's motion to consolidate (Doc. 8). Plaintiff seeks to consolidate this matter with Case No. C08-5679RJB, a related matter which Plaintiff filed on or about November 12, 2008.

After reviewing the motion, along with the two Complaints, the undersigned finds it would be appropriate to consolidate the two cases. Specifically, the cases will be consolidated into Case No. C08-5679RJB, and the Honorable Robert J. Bryan will preside over the matter,

ORDER - 1

which has been referred to Magistrate Judge Karen Strombom.   It is the court's understanding that Plaintiff has been granted in forma pauperis status, and the Honorable Judge Strombom will review the consolidated Complaints pursuant to 28 U.S.C. §1915.

Dated this 7th day of May 2009.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry this
6th day of May, 2009.

/s/_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 2